In the Matter of the Claim of VICTORIA VELAZQUEZ, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Decision

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.